UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

GREGORY VELASQUEZ,

Plaintiff,

-v-

WALLS, FLOORS AND MORE, LLC et al.,

Defendants.

---------------------------------------------------------------------X

26-CV-6330 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

On **August 6, 2026**, Defendants Walls, Floors and More, LLC and Floorsmart LLC (but not Defendant Matthew Costelloe) were served with the Complaint, and proof of service was filed with the Court. *See* ECF Nos. 6,7. To date, those Defendants have failed to appear in this action. No later than **September 4, 2026**, Plaintiff shall submit a letter addressing whether Plaintiff has had any contact with these Defendants or if he has any other reason to believe that these Defendants have actual notice of this lawsuit.

Plaintiff shall serve a copy of this Order electronically and/or by first-class mail on all Defendants **within two business days from the date of this Order** and shall file proof of such service **within three business days of the date of this Order**.

SO ORDERED.

Dated: August 28, 2026
New York, New York

JESSE M. FURMAN
United States District Judge