# *NAYDENSKIY LAW FIRM, LLC*

***426 Main St, #201, Spotswood, NJ, 08884 Naydenskiylaw@gmail.com, (718) 808-2224***


**VIA ECF**

October 28, 2026

**Judge Jesse M. Furman**
**United States District Judge**
**Southern District of New York**
**500 Pearl St, New York, NY 10007**

Re: **Velasquez v. Walls, Floors and More, LLC et al. 26-cv-06330-JMF**

Dear Judge Jesse M. Furman:

We represent Plaintiff in the above captioned matter. We write to respectfully request a two week extension from November 2, 2026 to November 16, 2026 in order to file Plaintiff's motion for default judgment. Due to other pressing matters, the undersigned does not believe that we can submit Plaintiff's motion by November 2, 2026. Therefore, we respectfully request an additional two weeks from November 2, 2026 to November 16, 2026 in order to file Plaintiff's motion for default judgment.

We thank the Court for its attention to this matter.

Application GRANTED. The Clerk of Court is directed to terminated ECF No. 28.

SO ORDERED.

October 28, 2026

NAYDENSKIY LAW FIRM, LLC
____________s/________________
Gennadiy Naydenskiy (GN5601)
Naydenskiy Law Firm, LLC
426 Main St, #201
Spotswood, NJ, 08884
(718) 808-2224
naydenskiylaw@gmail.com
*Attorney for Plaintiff*